## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**FILED**

JEREMY RAMIREZ, )
on behalf of himself and a class, )

           Plaintiff, )

        vs. )

APEX FINANCIAL MANAGEMENT, LLC, )
and HILCO RECEIVABLES, LLC, )

          Defendants. )

APR X 5 2006
APR 5 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

J N

06CV1875
MAG. NORGLE
MAG. KEYS

### COMPLAINT – CLASS ACTION

### INTRODUCTION

1.     Plaintiff Jeremy Ramirez brings this action to secure redress from unlawful credit and collection practices engaged in by defendants Apex Financial Management, LLC and Hilco Receivables, LLC. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"). The FDCPA broadly prohibits unfair or unconscionable collection methods; conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

### VENUE AND JURISDICTION

2.     This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA) and 28 U.S.C. §§1331, 1337 and 1367.

3.     Venue and personal jurisdiction in this District are proper because:

    a.     Defendants' collection communications were received by plaintiff

1

within this District;

                b.     Defendants do business within this District.

## PARTIES

4.     Plaintiff Jeremy Ramirez is an individual who resides in Montgomery,

Illinois.

5.     Defendant Apex Financial Management, LLC is a limited liability company

with its principal place of business at 1120 West Lake Cook Road, Suite A, Buffalo Grove, IL

60069. Its registered agent and office are Jeffrey W. Linstrom, 5 Revere Drive, Suite 206,

Northbrook, IL 60062.

6.     Apex Financial Management, LLC is engaged in the business of a collection

agency, collecting debts originally owed to others.

7.     Apex Financial Management, LLC is a debt collector as defined in the

FDCPA.

8.     Apex Financial Management, LLC is a licensee under the Illinois Collection

Agency Act.

9.     Defendant Hilco Receivables, LLC is a limited liability company with offices

at 5 Revere Drive, Suite 206, Northbrook, IL 60062.

10.     Defendant Apex Financial Management, LLC is a wholly owned subsidiary

of defendant Hilco Receivables, LLC.

11.     Defendant Hilco Receivables, LLC is a member of Apex Financial

Management, LLC.

12.     Defendant Hilco Receivables, LLC is in the business of purchasing charged-

2

off consumer debts originally owed to others for a few cents on the dollar (less than 10) and attempting to collect them, directly or indirectly, from the consumers.

13.     Hilco Receivables, LLC is a debt collector as defined in the FDCPA.

14.     Among the collection methods used by Hilco Receivables, LLC, it often causes its wholly owned subsidiary Apex Financial Management, LLC to collect its debts.

## FACTS

15.     During late 2005 and early 2006, Apex Financial Management, LLC was attempting to collect from plaintiff Jeremy Ramirez an alleged debt incurred for personal, family or household purposes.

16.     The debt was owned by Hilco Receivables, LLC.

17.     Apex Financial Management, LLC was acting as the authorized collection agent of Hilco Receivables, LLC.

18.     The acts of Apex Financial Management, LLC in collecting the debt were chargeable to the principal, Hilco Receivables, LLC.

19.     Notice to Apex Financial Management, LLC is notice to the principal, Hilco Receivables, LLC.

20.     Since Hilco is a member of Apex, Hilco has actual knowledge and control or the means of acquiring actual knowledge and exercising control over all collection activities of Apex.

21.     On February 9, 2006, plaintiff sent Apex a letter directing it to cease contact with him concerning the Hilco debt. A copy of the letter is attached as Exhibit A. A copy of the Postal Service return receipt showing that Apex received the letter on February 14, 2006 is attached

3

as Exhibit B.

22.     Notwithstanding plaintiff's letter, Apex persisted in placing telephone calls to plaintiff on at least a dozen subsequent occasions, as shown by Exhibit C.

23.     Apex has also informed plaintiff that if he did not pay the alleged debt Apex would contact his employer.

24.     Defendant Apex Financial Management, LLC may have actually communicated with a third party about the debt.

25.     Plaintiff has suffered actual damages from defendant's actions, in the form of harassment and aggravation.

26.     After Apex received Exhibit B, its principal, Hilco, caused the debt to be placed with an unrelated collection agency, Phillips & Cohen Associates, Ltd.

27.     Shortly after February 28, 2006, plaintiff received the correspondence in Exhibit D.  Exhibit D consists of a collection letter on the letterhead of Phillips & Cohen and a "Privacy notice" from Hilco.

28.     Apex and other collection agencies that collect debts owned by Hilco frequently receive correspondence disputing debts or the agent's authority to collect it, or requesting cessation of collection activities.

29.     On information and belief, it is the practice of Hilco on such occasions to place the debt with a second collection agency.

30.     The purpose and effect of such practice is to circumvent the consumer's right to demand verification or cessation of contact.

4

## COUNT I – FDCPA – INDIVIDUAL CLAIM

31. Plaintiff incorporates paragraphs 1-30. This claim is against both defendants.

32. Apex violated 15 U.S.C. §1692c by calling plaintiff after he directed it to cease contact.

33. Section 1692c provides:

**(c) Ceasing communication--If a consumer notifies a debt collector in writing that the consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt, except--**

**(1) to advise the consumer that the debt collector's further efforts are being terminated;**

**(2) to notify the consumer that the debt collector or creditor may invoke specified remedies which are ordinarily invoked by such debt collector or creditor; or**

**(3) where applicable, to notify the consumer that the debt collector or creditor intends to invoke a specified remedy.**

**If such notice from the consumer is made by mail, notification shall be complete upon receipt.**

34. Apex is not entitled to communicate about the debt with any third party under 15 U.S.C. §1692c(b), which provides:

**(b) Communication with third parties--Except as provided in section 1692b of this title, without the prior consent of the consumer given directly to the debt collector, or the express permission of a court of competent jurisdiction, or as reasonably necessary to effectuate a postjudgment judicial remedy, a debt collector may not communicate, in connection with the collection of any debt, with any person other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector.**

35. The exception for "location information" in 15 U.S.C. §1692b does not apply

because Apex knows full well where plaintiff can be found.

36.     Apex' threat to communicate with a third party thus violates 15 U.S.C.

§§1692e, 1692e(5), and 1692e(10), which provide:

> **§ 1692e.      False or misleading representations [Section 807 of P.L.]**
>
> **A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: . . .**
>
> **(5)      The threat to take any action that cannot legally be taken or that is not intended to be taken. . . .**
>
> **(10)      The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. . . .**

37.     These violations are attributable to Hilco as principal of Apex.

WHEREFORE, the Court should enter judgment in favor of plaintiff and against

defendants for:

> (1)      Actual damages;
>
> (2)      Attorney's fees, litigation expenses and costs of suit;
>
> (3)      Such other and further relief as the Court deems proper.

## COUNT II – FDCPA – CLASS CLAIM

38.     Plaintiff incorporates paragraphs 1-31. This claim is against Hilco.

39.     It is an unfair practice, in violation of 15 U.S.C. §1692f, and a deceptive

practice, in violation of 15 U.S.C. §1692e, for Hilco to place debts with a second collection agency

after one collection to which it has assigned a debt has received notice that the debtor disputes the

debt or desires cessation of contact.

6

40.     The practice is unfair because it results in circumvention of the consumer's right to demand verification of the debt or cessation of collection activities. It is deceptive because it amounts to a representation that the collection activities of the second agency are lawful, when they are not.

## CLASS ALLEGATIONS

41.     Plaintiff brings this claim on behalf of a class, pursuant to Fed.R.Civ.P. 23(a) and 23(b)(3).

42.     The class consists of (a) all individuals (b) with respect to whom Apex or any other collection agency retained by defendant Hilco engaged in collection activity, (c) and whose records show receipt of a communication disputing the debt or requesting cessation of collection activity, (d) following which Hilco sent the debt to another collection agency, (e) where any collection activity by the second agency occurred on or after a date one year prior to the filing of this action.

43.     On information and belief, the class is so numerous that joinder of all members is not practicable. On information and belief, there are at least 40 members of the class.

44.     There are questions of law and fact common to the class, which common questions predominate over any questions relating to individual class members. The predominant common question is whether the referral of a debt to a second agency under the circumstances set forth above violates the FDCPA.

45.     Plaintiff's claim is typical of the claims of the class members. All are based on the same factual and legal theories.

46.     Plaintiff will fairly and adequately represent the class members. Plaintiff

7

has retained counsel experienced in class actions and FDCPA litigation.

47. A class action is superior for the fair and efficient adjudication of this matter,

in that:

a. Individual actions are not economically feasible.

b. Members of the class are likely to be unaware of their rights;

c. Congress intended class actions to be the principal enforcement

mechanism under the FDCPA.

WHEREFORE, the Court should enter judgment in favor of plaintiff and the class

and against defendant Hilco for:

(1) Statutory damages;

(2) Attorney's fees, litigation expenses and costs of suit;

(3) Such other and further relief as the Court deems proper.

## COUNT III – ILLINOIS COLLECTION AGENCY ACT

48. Plaintiff incorporates paragraphs 1-31. This claim is against both defendants.

49. Section 9 of the Illinois Collection Agency Act, 205 ILCS 425/9, makes it

unlawful for a collection agency to engage in any of the following:

> ... (17) Disclosing or threatening to disclose information relating to a debtor's indebtedness to any other person except where such other person has a legitimate business need for the information or except where such disclosure is regulated by law. . . .

> (20) Attempting or threatening to enforce a right or remedy with knowledge or reason to know that the right or remedy does not exist. . . .

50. A private right of action for both compensatory and punitive damages exists

for violation of the Collection Agency Act. Sherman v. Field Clinic, 74 Ill.App.3d 21, 392 N.E.2d

8

154 (1st Dist. 1979).

WHEREFORE, the Court should enter judgment in favor of plaintiff and against

defendants for:

        (1)     Actual damages;

        (2)     Punitive damages;

        (3)     Costs of suit;

        (4)     Such other and further relief as the Court deems proper.

                              Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
    & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## JURY DEMAND

Plaintiff demands trial by jury.

                              Daniel A. Edelman

## **VERIFICATION**

I, Jeremy Ramirez, declare under penalty of perjury, as provided for by 28 U.S.C. §1746, that the foregoing statements are true.

Executed at Montgomery, Illinois on 29, March , 2006.


Jeremy Ramirez

t:\16393\pleading\complaint_pleading-multiple-defendants.wpd

10

# EXHIBIT A

Jeremy L. Ramirez

Redacted

Montgomery, IL 60000

(Sent via CERTIFIED RETURN MAIL with RETURN RECEIPT)

Date: February 9, 2006

Apex Financial Management, LLC
P.O. Box 2189
Northbrook, IL 60065-2189

Re: Acct #- #5490990997248263

Dear Debt Collector:

This will serve as your legal notice under provisions of federal law, the Fair Debt
Collection Practices Act (FDCPA), to cease all communication with me in regard to the
debt referenced above. If you fail to heed this notice, I will file a formal complaint
against you with the Federal Trade Commission who is responsible for enforcement, the
States Attorney General office and my attorney.

I have decided that I do not desire to work with a collection agency under any
circumstances. I will only work with the original creditor to resolve this matter directly,
as circumstances warrant.

Your company has repeatedly violated the Fair Debt Collection Practices Act in an
attempt to collect the mentioned debt. Should any adverse actions be taken, a lawsuit
will be filed against you.

You are also notified that should any adverse information be placed against my credit
reports as a result of this notice that appropriate actions will be taken. Give this very
important matter the attention it deserves.

Sincerely,

Jeremy L Ramirez

# EXHIBIT B

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Apex Financial Mgmt
P.O. Box 2189
Northbrook, IL 60065-2189

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X B Schaller ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) B Schaller

C. Date of Delivery 2/4/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7005 1160 0005 0936 8436

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
***(Domestic Mail Only; No Insurance Coverage Provided)***

**For delivery information visit our website at www.usps.com®**

NORTHBROOK, IL 60065

| | | |
|---|---|---|
| Postage | $ 0.39 | UNIT ID: 0538 |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KXJ7QQ |
| Total Postage & Fees | $ 4.64 | 02/09/06 |

Sent To Apex Financial Mgmt
Street, Apt. No.; or PO Box No. PO Box 2189
City, State, ZIP+4 Northbrook, IL 60065-2189

**PS Form 3800, June 2002** **See Reverse for Instructions**

7005 1160 0005 0936 8436

01/22/1999 22:25 0000000000 LEGAL12 PAGE 05

01/22/1999  22:25  8000002020  Case: 1:06-cv-01875 Document #: 1 Filed: 04/05/06 Page 15 of 24 PageID #:15  LEGAL 12  PAGE  06

USPS - Track & Confirm                                                                                      Page 1 of 1


**UNITED STATES POSTAL SERVICE®**



Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 1160 0005 0936 8436
Detailed Results:

- Delivered, February 14, 2006, 10:45 am, NORTHBROOK, IL 60062
- Acceptance, February 09, 2006, 11:05 am, MONTGOMERY, IL 60538

( < Back )

( Return to USPS.com Home > )

**Track & Confirm** 

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )


POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   Jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



# EXHIBIT C

AT&T CallVantage(sm) Service - Call Logs

Page 1 of 1

 at&t  **AT&T CallVantage®**
Phone service for broadband

Search Help and FAQs

Greetings, JEREMY RAMIREZ

AT&T CallVantage Phone Number: Redacted

ACCOUNT MANAGEMENT & SETTINGS   MORE FEATURES   INTERNATIONAL RATES

HELP   TIPS   LOGOUT

## Call Logs

- Home
- Service Address: Permanent
- Voicemail (22)
- Call Logs
- Phone Book
- Locate Me: OFF
- Do Not Disturb: OFF
- Call Filtering
- Simple Reach
  Learn More & Sign Up
- Conference Calling
- Record & Send
  Learn More & Sign Up
- Speed Dial
- Control by Phone
  (630) 237-1998
- More Features

Learn more about Call Logs. (Call Logs are deleted after 60 days).

**View:** All incoming calls  GO

### Call Log

| Listen | Date ▼ | Time ▼ | | From | Dial | Name* | To | Dial | Add* |
|--------|--------|--------|---|------|------|-------|----|----|----|
| | 02/22/06 | 07:49PM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
| | 02/22/06 | 06:03PM | Incoming | | | Unavailable | | | |
| | 02/22/06 | 05:18PM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
| | 02/22/06 | 04:54PM | Incoming | | | Unavailable | | | |
| | 02/22/06 | 02:57PM | Incoming | | | Unavailable | | | |
| | 02/22/06 | 02:44PM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
| | 02/22/06 | 08:13AM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
| | 02/21/06 | 08:04PM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
| | 02/21/06 | 07:37PM | Incoming | (530) 208-4564 ☎ | | Unavailable | | | |
| | 02/21/06 | 07:12PM | Incoming | (630) 208-4564 ☎ | | Unavailable | | | |
| | 02/21/06 | 04:24PM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
| | 02/21/06 | 12:16PM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
| 🔊 | 02/21/06 | 08:26AM | Incoming | (30?) 824-7170 ☎ | | APEX FIN LLC | | | |
| | 02/20/06 | 07:41PM | Incoming | | | Unavailable | | | |
| | 02/20/06 | 06:57PM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |

All times shown are in **U.S. Central** (Change your time zone)

*Name - look this person up using AnyWho(R) directory assistance.
*Add - add this entry to your Phone Book.
Sort Listing by selecting the column heading.

🖰 Pop-ups will be launched. Please disable any pop-up blocking software if enabled.

Subscriber Agreement | Privacy Policy | Contact Us | Copyright © 2006 AT&T All rights reserved.

AT&T CallVantage(sm) Service - Call Logs

Page 1 of 1

 at&t   AT&T CallVantage®
Phone service for broadband

Search Help and FAQs

[ GO ]

Greetings, JEREMY RAMIREZ

AT&T CallVantage Phone Number  Redacted

**ACCOUNT MANAGEMENT & SETTINGS   MORE FEATURES   INTERNATIONAL RATES**

HELP  TIPS  LOGOUT

- Home
- Service Address: Permanent
- Voicemail (22)
- Call Logs
- Phone Book
- Locate Me: OFF
- Do Not Disturb: OFF
- Call Filtering
- Simple Reach
  Learn More & Sign Up
- Conference Calling
- Record & Send
  Learn More & Sign Up
- Speed Dial
- Control by Phone
  (630) 237-1998
- More Features

## Call Logs

Learn more about Call Logs. (Call Logs are deleted after 60 days).

**View:** All incoming calls          [ GO ]

❙ Call Log

| Listen | Date ▼ | Time ▼ |  | From 🖰 | Dial | Name* 🖰 | To 🖰 | Dial | Add* 🖰 |
|---|---|---|---|---|---|---|---|---|---|
|  | 02/20/06 | 06.52PM | Incoming | (301) 824-7170 ☎ | | APEX FIN LLC | | | |
|  | 02/20/06 | 04:09PM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
| 🔊 | 02/20/06 | 02:17PM | Incoming | (301) 824-7170 ☎ | | APEX FIN LLC | | | |
|  | 02/20/06 | 11:11AM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
|  | 02/19/06 | 03:09PM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
| 🔊 | 02/18/06 | 06.21PM | Incoming | | | Unavailable | | | |
|  | 02/18/06 | 04:50PM | Incoming | | | Unavailable | | | |
|  | 02/18/06 | 02:30PM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
|  | 02/18/06 | 01:32PM | Incoming | | | Unavailable | | | |
|  | 02/18/06 | 11:49AM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
|  | 02/18/06 | 09:04AM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
|  | 02/17/06 | 12:50PM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
| 🔊 | 02/17/06 | 09:48AM | Incoming | (301) 824-7170 ☎ | | APEX FIN LLC | | | |
|  | 02/17/06 | 09:17AM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
|  | 02/16/06 | 06:11PM | Incoming | | | Unavailable | | | |

All times shown are in U.S. Central (Change your time zone).

*Name - look this person up using AnyWho(R) directory assistance.
*Add - add this entry to your Phone Book.
Sort Listing by selecting the column heading.

🖰 Pop-ups will be launched. Please disable any pop-up blocking software if enabled.

Subscriber Agreement | Privacy Policy | Contact Us | Copyright © 2006 AT&T, All rights reserved.

AT&T CallVantage(sm) Service - Call Logs

<div align="right">Page 1 of 1</div>

 at&t

**AT&T CallVantage**®
Phone service for broadband

Search Help and FAQs  🔍 GO

Greetings, JEREMY RAMIREZ

AT&T CallVantage Phone Number: ⬚Redacted

ACCOUNT MANAGEMENT & SETTINGS   MORE FEATURES   INTERNATIONAL RATES

HELP  TIPS  LOGOUT

**Sidebar menu:**
- ▶ Home
- ▶ Service Address: Permanent
- ▶ Voicemail (22)
- ▶ Call Logs
- ▶ Phone Book
- ▶ Locate Me: OFF
- ▶ Do Not Disturb: OFF
- ▶ Call Filtering
- ▶ Simple Reach Learn More & Sign Up
- ▶ Conference Calling
- ▶ Record & Send Learn More & Sign Up
- ▶ Speed Dial
- ▶ Control by Phone (630) 237-1998
- ▶ More Features

## Call Logs

Learn more about Call Logs. (Call Logs are deleted after 60 days).

**View:** All incoming calls    🔍 GO

### Call Log

| Listen | Date ▼ | Time ▼ | | From 🖰 | Dial | Name* 🖰 | To 🖰 | Dial | Add* 🖰 |
|--------|--------|--------|--|---------|------|----------|-------|------|---------|
| | 02/16/06 | 03:17PM | Incoming | | | Unavailable | | | |
| 🔊 | 02/16/06 | 01:46PM | Incoming | (301) 824-7170 ☎ | | APEX FIN LLC | | | |
| | 02/16/06 | 08:50AM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
| | 02/15/06 | 07:10PM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
| | 02/15/06 | 04:10PM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
| | 02/15/06 | 03:32PM | Incoming | (301) 824-7170 ☎ | | APEX FIN LLC | | | |
| 🔊 | 02/15/06 | 01:53PM | Incoming | | | Redacted | | | |
| | 02/15/06 | 10:55AM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
| 🔊 | 02/14/06 | 07:07PM | Incoming | | | Unavailable | | | |
| | 02/14/06 | 05:53PM | Incoming | | | Unavailable | | | |
| | 02/14/06 | 03:31PM | Incoming | | | Unavailable | | | |
| | 02/13/06 | 08:22PM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
| | 02/13/06 | 06:22PM | Incoming | (301) 824-7170 ☎ | | APEX FIN LLC | | | |
| | 02/13/06 | 05:41PM | Incoming | (800) 684-8429 ☎ | | Unavailable-1 | | | |
| 🔊 | 02/12/06 | 06:45PM | Incoming | | | Unavailable | | | |

All times shown are in U.S. Central (Change your time zone)

*Name - look this person up using AnyWho(R) directory assistance.
*Add - add this entry to your Phone Book.
**Sort Listing** by selecting the column heading.

🖰 Pop-ups will be launched. Please disable any pop-up blocking software if enabled.

Subscriber Agreement | Privacy Policy | Contact Us | Copyright © 2006 AT&T. All rights reserved.

 

Search Help and FAQs

Greetings, JEREMY RAMIREZ

AT&T CallVantage Phone Number: ~Redacted~

ACCOUNT MANAGEMENT & SETTINGS   MORE FEATURES   INTERNATIONAL RATES

HELP   TIPS   LOGOUT

- Home
- Service Address: Permanent
- Voicemail (16)
- Call Logs
- Phone Book
- Locate Me: OFF
- Do Not Disturb: OFF
- Call Filtering
  Learn More & Sign Up
- Simple Reach
  Learn More & Sign Up
- Conference Calling
- Record & Send
  Learn More & Sign Up
- Speed Dial
- Control by Phone
  (630) 237-1998
- More Features

## Call Logs

Learn more about Call Logs. (Call Logs are deleted after 60 days).

**View:** All incoming calls   GO

### Call Log

| Listen | Date ▼ | Time ▼ | | From 🗗 | Dial | Name* 🗗 | To 🗗 | Dial | Add* 🗗 |
|---|---|---|---|---|---|---|---|---|---|
| 🔊 | 02/21/06 | 08:28AM | Incoming | (301) 824-7170 | ☎ | APEX FIN LLC | | | |
| | 02/20/06 | 06:53PM | Incoming | (301) 824-7170 | ☎ | APEX FIN LLC | | | |
| | 02/20/06 | 02:51PM | Incoming | | | Unavailable | | | |
| 🔊 | 02/20/06 | 02:19PM | Incoming | (301) 824-7170 | ☎ | APEX FIN LLC | | | |
| | 02/20/06 | 10:42AM | Incoming | | | Unavailable | | | |
| | 02/18/06 | 08:40PM | Incoming | | | Unavailable | | | |
| 🔊 | 02/17/06 | 09:50AM | Incoming | (301) 824-7170 | ☎ | APEX FIN LLC | | | |
| | 02/17/06 | 08:11AM | Incoming | | | Unavailable | | | |
| | 02/16/06 | 03:59PM | Incoming | | | Unavailable | | | |
| | 02/16/06 | 01:59PM | Incoming | | | Unavailable | | | |
| 🔊 | 02/16/06 | 01:48PM | Incoming | (301) 824-7170 | ☎ | APEX FIN LLC | | | |
| | 02/16/06 | 11:52AM | Incoming | | | Unavailable | | | |
| | 02/15/06 | 04.04PM | Incoming | | | Unavailable | | | |
| 🔊 | 02/15/06 | 03:33PM | Incoming | (301) 824-7170 | ☎ | APEX FIN LLC | | | |
| 🔊 | 02/14/06 | 01:06PM | Incoming | (301) 824-7170 | ☎ | APEX FIN LLC | | | |

All times shown are in **U.S. Central** (Change your time zone)

*Name - look this person up using AnyWho(R) directory assistance
*Add - add this entry to your Phone Book.
**Sort Listing** by selecting the column heading.

🗗 Pop-ups will be launched. Please disable any pop-up blocking software if enabled.

Subscriber Agreement | Privacy Policy | Contact Us | Copyright © 2006 AT&T. All rights reserved.

AT&T CallVantage(sm) Service - Call Logs

Page 1 of 1

 at&t

 **AT&T CallVantage™**
Phone service for broadband

Search Help and FAQs

**GO**

Greetings, JEREMY RAMIREZ

AT&T CallVantage Phone Number: Redacted

ACCOUNT MANAGEMENT & SETTINGS    MORE FEATURES    INTERNATIONAL RATES

HELP    TIPS    LOGOUT

- 🔲 Home

### Call Logs

- 🔲 Service Address:
  Permanent

Learn more about Call Logs. (Call Logs are deleted after 60 days).

- 🔲 Voicemail (16)

**View:** All incoming calls                    🔲 **GO**

- 🔲 Call Logs

- 🔲 Phone Book

❙ Call Log

- 🔲 Locate Me: OFF

- 🔲 Do Not Disturb: OFF

- 🔲 Call Filtering
  Learn More & Sign Up

- 🔲 Simple Reach
  Learn More & Sign Up

- 🔲 Conference Calling

- 🔲 Record & Send
  Learn More & Sign Up

- 🔲 Speed Dial

- 🔲 Control by Phone
  (630) 237-1998

- 🔲 More Features

| Listen | Date▼ | Time▼ | | From 📇 | Dial | Name* 📇 | To 📇 | Dial | Add* 📇 |
|---|---|---|---|---|---|---|---|---|---|
| 🔊 | 02/13/06 | 06:22PM | Incoming | (301) 824-7170 ☎ | | APEX FIN LLC | | | |
| | 02/13/06 | 08:34AM | Incoming | | | Unavailable | | | |
| 🔊 | 02/11/06 | 10:28AM | Incoming | (708) 474-4329 ☎ | | APEX FINANCIAL | | | |
| 🔊 | 02/10/06 | 09:05AM | Incoming | (708) 474-4329 ☎ | | APEX FINANCIAL | | | Redacted |
| | 02/09/06 | 05:01PM | Incoming | Redacted | | | | | |
| | 02/09/06 | 10:49AM | Incoming | (888) 888-8888 ☎ | | Unavailable | | | |
| | 02/09/06 | 10:37AM | Incoming | (301) 824-7170 ☎ | | APEX FIN LLC | | | |
| 🔊 | 02/09/06 | 08:08AM | Incoming | (301) 824-7170 ☎ | | APEX FIN LLC | | | |
| | 02/08/06 | 07:48PM | Incoming | (301) 824-7170 ☎ | | APEX FIN LLC | | | |
| | 02/08/06 | 05:45PM | Incoming | (301) 824-7170 ☎ | | APEX FIN LLC | | | |
| | 02/08/06 | 02:24PM | Incoming | (301) 824-7170 ☎ | | APEX FIN LLC | | | |
| 🔊 | 02/08/06 | 11:21AM | Incoming | (301) 824-7170 ☎ | | APEX FIN LLC | | | |
| | 02/07/06 | 07:51PM | Incoming | | | Unavailable | | | |
| | 02/07/06 | 02:30PM | Incoming | (888) 888-8888 ☎ | | Unavailable | | | Redacted |
| | 02/07/06 | 12:23PM | Incoming | (301) 824-7170 ☎ | | APEX FIN LLC | | | |

All times shown are in U.S. Central (Change your time zone)

*Name - look this person up using AnyWho(R) directory assistance.
*Add - add this entry to your Phone Book.
**Sort Listing** by selecting the column heading.

📇 Pop-ups will be launched. Please disable any pop-up blocking software if enabled.

Subscriber Agreement | Privacy Policy | Contact Us | Copyright © 2006 AT&T. All rights reserved.

# EXHIBIT D

# Phillips & Cohen Associates, Ltd.

258 Chapman Rd
Suite 205
Newark, DE 19702
Return Service Requested

02/28/06

Ph (302) 355-3500
Fx (302) 368-0970

Office Hours:
M - Th: 8am - 9pm
Fri: 8am - 6pm
Sat: 8am-12pm

Jeremy Ramirez

Redacted     -3338
..............................allilllumldlllal

258 Chapman Rd
Suite 205
Newark, DE 19702

Account #: 4676272
Balance: $7948.29

*** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***

Re:   Client:            **HILCO RECEIVABLES, LLC**
      Original Creditor:  **MBNA AMERICA, NA**
      Client Acct#:       **5490990997248263**
      Our Acct#:          **4676272**
      Balance:            **$7948.29**

Dear Jeremy Ramirez:

Your account has been referred to our office for collection on behalf of our above referenced client. To resolve this matter and prevent any further collection activity, full payment must be sent to this office at the address above.

IT IS NOT IN YOUR BEST INTEREST TO NEGLECT THIS ACCOUNT ANY FURTHER! IF YOU HAVE ANY QUESTIONS, IMMEDIATELY CONTACT OUR OFFICE AT THE ABOVE TELEPHONE NUMBER.

Sincerely,

Adam S. Cohen
CEO / Co-Chairman

## ** IMPORTANT CONSUMER INFORMATION **

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you copy of such verification or judgment. If you request this office in writing within thirty (30) days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

## Privacy Notice

This notice is being forwarded to you in compliance with the requirements of the Gramm-Leach- Bliley Privacy Act, 15 U.S.C. sec. 6801 et seq. It has no reflection or bearing upon the status of your account.

**Information We May Collect**
Hilco Receivables, LLC, together with its affiliated companies (collectively, the „Account Owners" or „We"), collects nonpublic personal information about you that is obtained from one or more of the following sources:

1.  Information we received from companies that sold us your account (for example, applications and other related forms);
2.  Information about your transactions with us, our affiliates, or others; and
3.  Information we received from a consumer-reporting agency.

**Information We May Share With Nonaffiliated Companies**
The Account Owners may share all of the information we collect about you, as described above, with nonaffiliated companies, as permitted by law. For example:

We may share information about you with companies that we use to perform account-servicing functions to manage and maintain your account and to process transactions that you have authorized; and
-We may report information about you to consumer reporting agencies, government agencies in response to subpoenas, or others in connection with investigations.

**Confidentiality and Security of your Account**
The Account Owners restrict access to nonpublic personal information about you to only those employees who need to know such information, and third party service providers who provide support services to us. We maintain physical, electronic and procedural safeguards to protect your personal information. If we use other companies to provide services for us, we require them to keep the information we share with them safe and secure and we do not allow them to use the information for any purpose other than the job they are hired to do.

**Additional Rights and Modifications**
You may have other privacy protections under state or Federal laws including the Fair Debt Collection Practices Act. We may amend this Privacy Notice at anytime, and will inform you of changes as required by law.

Please direct all inquiries in regard to this notice to Hilco Receivables, LLC, 5 Revere Drive, Suite 415, Northbrook, IL 60062 or call us toll free at 800-635-5733 between 8:00 a.m. Central Standard Time and 5:00 p.m. Central Standard Time Monday-Friday.

**Vermont Residents Only:** Following the law of your state, we will not disclose nonpublic personal financial information about you to nonaffiliated third parties (other than as permitted by law) unless you authorize us to make that disclosure. Your authorization must be in writing. If you wish to authorize us to disclose your nonpublic personal financial information to nonaffiliated third parties, you may write to us at Hilco Receivables, LLC, 5 Revere Drive, Suite 415, Northbrook, IL 60062.